UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>        Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK (HRA), et al.,<br><br>        Defendants. | 20-CV-0964 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 6, 2020
    New York, New York

                    COLLEEN McMAHON
                  Chief United States District Judge